

# United States District Court
# Eastern District of California

| | |
|---|---|
| JOHNNY WHITE, et al, | Case Number: 2:25-cv-02916 |
| Plaintiff(s) | |
| V. | |
| MBV-CA, LLC, | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Samuel K. Gladney hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Johnny White, Samuel Jones, and Yusave Vang

On 09/14/2016 (date), I was admitted to practice and presently in good standing in the Missouri State Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/22/2026     Signature of Applicant: /s/ Samuel K. Gladney

**Pro Hac Vice Attorney**

Applicant's Name:

Law Firm Name: Samuel K. Gladney

Address: Stranch, Jennings & Garvey, PLLC

701 Market Street

Suite 1510

City: St. Louis          State: MO      Zip: 63101

Phone Number w/Area Code: (615) 254-8801

City and State of Residence: St. Louis, MO

Primary E-mail Address: sgladney@stranchlaw.com

Secondary E-mail Address: complexlit@stranchlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew G. Gunem

Law Firm Name: Strauss Borrelli, PLLC

Address: 980 N. Michigan Avenue

Suite 1610

City: Chicago          State: IL      Zip: 60611

Phone Number w/Area Code: (872) 263-1100          Bar # 354042

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 22, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT